■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY CURTIS, Appellant. [806 NYS2d 883]—Appeal by the defendant from an amended judgment of the Supreme Court, Kings County (Parker, J.), rendered January 26, 2004, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the amended judgment is affirmed.

Contrary to the People's contention, the defendant did not effectively waive his right to appeal his sentence (*see People v Messenger*, 7 AD3d 642 [2004]; *People v Boustani*, 300 AD2d 313 [2002]; *People v Dongo*, 244 AD2d 353 [1997]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions regarding his sentence are without merit. Cozier, J.P., Luciano, Fisher and Covello, JJ., concur.